UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSH M. O'CONNELL,<br><br>        Defendant. | 2:20-po-00009-EFB<br><br>[~~Proposed~~] ORDER TO AMEND CHARGE AND RESET COLLATERAL<br><br>DATE:  February 11, 2020<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the plaintiff United States of America's Motion to Amend Charge in Case Number 2:20-po-00009-EFB to Calif. Vehicle Code, Section 12951(a) is GRANTED.

It is further ordered that the forfeiture of collateral is changed to $150.00, with a processing fee of $30.00, for a total amount of $180.00.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
HON. Edmund F. Brennan
United States Magistrate Judge

ORDER TO AMEND & RESET COLLATERAL          U.S. v. JOSH M. O'CONNELL